

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

Madelyn C. Choi
Division Office Manager
280 South First Street
Room 3035
San Jose, CA 95113
Phone: 408-278-7500

08/28/2018

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court: Derrick Paul Chan and Cynthia Reiko Chan/
      14-41673, Roger L. Efremsky

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

☑ Notice of Appeal and Statement of Election
☑ Court's Certificate of Mailing
☑ Docket Report
☑ Order Converting Case to Chapter 7
☑ Filing Fee Paid

If you have any questions, please contact me at 408-278-7548.

Sincerely,

Edward J. Emmons
Clerk of Court

By: _____
Yong H. Won, Deputy Clerk