```
DAVID A. BOONE, ESQ., #74165
LAW OFFICES OF DAVID A BOONE
1611 The Alameda
San Jose, California 95126
Telephone (408) 291-6000
Facsimile (408) 291-6016
Email: lodab@aol.com

Attorney for Derrick Paul Chan &
Cynthia Reiko Chan, Debtors/Appellants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No.: 4:18-cv-05582 HSG |
| | ) | |
| DERRICK PAUL CHAN, | ) | Chapter 7 |
| CYNTHIA REIKO CHAN, | ) | |
| | ) | Bankruptcy No. 14-41673 RLE |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| DERRICK PAUL CHAN, | ) | |
| CYNTHIA REIKO CHAN, | ) | |
| | ) | |
| Appellants, | ) | [PROPOSED] **ORDER GRANTING** |
| | ) | **STIPULATED MOTION FOR STAY OF** |
| vs. | ) | **PROCEEDINGS** |
| | ) | |
| MARTHA G. BRONITSKY, | ) | |
| Chapter 13 Trustee; and | ) | |
| SARAH L. LITTLE, | ) | |
| Chapter 7 Trustee; | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | HON. HAYWOOD S. GILLIAM, JR. |

Upon stipulated motion for stay of proceedings, which was filed on January 16, 2019, as Docket No. 19, and good cause appearing therefore,

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY OF PROCEEDINGS - 4:18-cv-05582 HSG _____

The Motion is hereby ORDERED GRANTED. This action, Case No. 4:18-cv-05582 HSG, is hereby stayed for 90-days from the date of entry of this Order. Absent any subsequent orders staying this proceeding over 90-days, Appellants' response brief shall be due 7 days after the expiration of the 90-day stay.

**IT IS SO ORDERED.**

Date: 1/25/2019

HAYWOOD S. GILLIAM, Jr.,
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR STAY OF PROCEEDINGS - 4:18-cv-05582 HSG

2