DAVID A. BOONE, ESQ., #74165
LAW OFFICES OF DAVID A BOONE
1611 The Alameda
San Jose, California 95126
Telephone (408) 291-6000
Facsimile (408) 291-6016
Email: lodab@aol.com

Attorney for Derrick Paul Chan &
Cynthia Reiko Chan, Debtors/Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DERRICK PAUL CHAN,<br>CYNTHIA REIKO CHAN,<br><br>                Debtors.<br><br>DERRICK PAUL CHAN,<br>CYNTHIA REIKO CHAN,<br><br>                Appellants,<br><br>vs.<br><br>MARTHA G. BRONITSKY,<br>Chapter 13 Trustee; and<br>SARAH L. LITTLE,<br>Chapter 7 Trustee;<br><br>                Appellees. | Case No.: 4:18-cv-05582 HSG<br><br>Chapter 7<br><br>Bankruptcy No. 14-41673 RLE<br><br><br><br><br><br>**ORDER OF DISMISSAL**<br><br><br><br><br><br><br><br><br><br>HON. HAYWOOD S. GILLIAM, JR. |

In consideration of the stipulated request for dismissal filed by the parties in this action:

It is hereby ORDERED that the above-identified matter, Case No.: 4:18-cv-05582 HSG, is hereby dismissed with prejudice.

///

ORDER OF DISMISSAL - 4:18-cv-05582 HSG

**IT IS SO ORDERED.**

Date: 2/20/2019

HAYWOOD S. GILLIAM, Jr.,
United States District Judge

ORDER OF DISMISSAL - 4:18-cv-05582 HSG

2